IN THE UNITED STATES DISTRICT COURTS FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Kathy Navarro
     Plaintiff,

v.                                  Cause No. 3:25-CV-00194-LS

State of Texas - Health and Human Services Commission,
     a/k/a Texas Department of Aging and Disability
     Services, and
El Paso State Supported Living Center,
     Defendants.

### PLAINTIFF'S[1] REPORT OF RULE 26(f) PARTIES' PLANNING MEETING

Pursuant to the court's order, and Rule 26(f) of the Federal Rules of Civil Procedure, the

Parties conducted a Rule 26(f) conference by telephonic conference attended by counsel for

Plaintiff and Defendant on December 5, 2025.

**1.** What are the causes of action, defenses, and counterclaims in this case? What are the elements of the cause(s) of action, defenses, and counterclaims pled?

Plaintiff has alleged claims for discrimination on the basis of religious discrimination, harassment and retaliation against Defendant resulting from Plaintiff's termination from employment.

Plaintiff posits that the U.S. Supreme Court case of *Muldrow v. City of St. Louis*, No. 22-193 (U.S. Apr. 17, 2024) and the Fifth Circuit case of *Hamilton v. Dallas County*, 795 F.4th 494 (5th Circuit. 2023) lowered the threshold harm required for employees to prevail in Title VII claims, as well as for other statutory claims which follow or imitate

---

[1] While Defendant participated in a Rule 26 conference on December 5, **Defendant** maintained that the case should be stayed and **thereby refused to make suggestions to the proposed scheduling order or to contribute to the report in any way**. Defendant also attempted retroactively to claim that the parties' December 5 teleconference was not a Rule 26 conference. Exhibit A at 2 (unpaginated). **This is belied by the clear characterization of the call as a Rule 26 conference in the parties' email communications that led up to the conference.** *See generally* Exhibit A (email chain between Plaintiff and Defendant). Defendant also refused to return a draft report to Plaintiff with Defendant's contributions to the report, despite repeated attempts by Plaintiff to jointly create this report. *See id.* The December 5 conference took place after nearly a month of attempts by Plaintiff to schedule the conference. *See id.*

Title VII's analytical framework for proving discrimination and or retaliation in the workplace. In *Hamilton*, the 5th Circuit overturned its prior precedent requiring a plaintiff to allege discrimination with respect to an "ultimate employment decision" in order to state a discrimination claim. The court held that a plaintiff need only show that she was discriminated against, because of a protected characteristic, with respect to hiring, firing, compensation, or the "terms, conditions, or privileges of employment."

2. **Are there any outstanding jurisdictional issues?**

None. Jurisdiction is based on Federal Question jurisdiction.

**For removed cases based on diversity jurisdiction:**

**a. Do the parties agree that the amount in controversy exceeded $75,000 at the time of removal? If not, each party should state its position on the amount in controversy.**

N/A

**b. If any party is a partnership or limited liability company, have the parties confirmed the citizenship of all partners/members in determining whether diversity exists?**

N/A

3. **Are there any unserved parties? If more than 90 days have passed since the filing of the Complaint or petition, should these unserved parties be dismissed?**

None to the Plaintiff's knowledge.

4. **Are there any agreements or stipulations that can be made about any facts in this case or any element in the cause(s) of action?**

The Parties did not agree to any stipulations.

5. **Are there any legal issues in this case that can be narrowed by agreement or by motion?**

The Plaintiff has not identified any at this time.

6. **Are there any issues about preservation of discoverable information?**

The Plaintiff proposes that discoverable information should be timely preserved.

7. **Are there any issues about disclosure or discovery of electronically stored information? In what forms should electronically-stored information be produced and will production include metadata?**

**Pursuant to Rule 34(b),** Plaintiff will seek responsive electronically-stored information (ESI) as kept in the ordinary course of business, in native file formats from its data sources (without wiping out or deleting source media and metadata). Plaintiff will seek responsive information and documentation which is ordinarily maintained or kept in the usual course of business in paper form, and it shall be produced in paper form. In other words, responsive information ordinarily kept and maintained in electronic form will be produced in its native electronic file formats and responsive information ordinarily kept and maintained in paper form will be produced in paper form.

Plaintiff will also take Rule 30(b)(6) depositions of Defendants' Designated Representatives on the following topics, for which notice is now hereby given:

Defendant's creation, storage and maintenance of electronically stored information, and in physical formats, on the issues germane to the instant suit,

Defendant's employment of Plaintiff, and the reasons and facts concerning the cessation of the employment relationship;

the identity of key witnesses such as Defendant's decision makers, comparators and Plaintiff's replacements;

the factual circumstances underlying Defendant's discrimination of and retaliation against Plaintiff;

Defendant's compensation of Plaintiff during employment and the compensation Plaintiff would have received had employment not ceased, including the value of all employment benefits;

Defendants' affirmative defenses, if any;

Defendants' net worth,

Defendant's personnel records of decision makers and comparators if any, and any other relevant matters.

8. **What are the subjects on which discovery may be needed?**

Through interrogatories, Rule 34 requests of documents, electronically stored information and tangible things, requests for admissions and through the taking of Rule 30(b)(6) depositions of Defendants' Designated Representatives, Plaintiff will seek the discovery on the following topics, for which notice is hereby given:

Defendant's creation, storage and maintenance of electronically stored information, and in physical formats, on the issues germane to the instant suit,

Defendant's employment of Plaintiff, and the reasons and facts concerning the cessation of the employment relationship;

the identity of key witnesses such as Defendant's decision makers, comparators and Plaintiff's replacements;

the factual circumstances underlying Defendant's discrimination of and retaliation against Plaintiff;

Defendant's compensation of Plaintiff during employment and the compensation Plaintiff would have received had employment not ceased, including the value of all employment benefits;

Defendants' affirmative defenses, if any;

Defendants' net worth,

Defendant's personnel records of decision makers and comparators if any, and any other relevant matters.

9. **Have initial disclosures been made?  If not, should any changes be made in the timing, form, or requirement for initial disclosures?**

Plaintiff made its initial disclosures on August 28, 2025. Plaintiff is awaiting initial disclosures from Defendant.

10. **What, if any, discovery has been completed? What discovery remains to be done and when should it be completed? Have the parties considered conducting discovery in phases or agreeing to limit discovery?**

No discovery has been completed. Complete discovery remains to be done and should be completed by the Court's discovery deadline. The Plaintiff does not anticipate conducing discovery in phases or limiting discovery.

**11. What, if any, discovery disputes exist?**

None at this time.

**12. Have the parties discussed the desirability of filing a proposed order pursuant to Federal Rule of Evidence 502 (concerning waiver of attorney-client and work product privileges)?**

Not at this time.

**13. Have the parties discussed early mediation?**

The Plaintiff does not anticipate mediating until at least the exchange of written discovery answers, responses and production.

**14. Have the parties considered seeking entry of a confidentiality and protective order and are there any other scheduling or discovery items requiring the court's attention?**

Because Plaintiff's medical records and information are confidential as a matter of law, Plaintiff asks that Defendant not seek, through process, to obtain such records and information without a valid, HIPAA compliant authorization duly executed by Plaintiff and such authorization will be limited in time and scope relevant solely to the issues in the instant cause.

In light of the Supreme Court's ruling in *McKennon v. Nashville Banner Publ'g Co.*, 513 U.S. 352 (1995), in which the Supreme Court recognized a concern that employers routinely attempt to undertake overly broad and abusive discovery into an employee's background in employment cases, Plaintiff asks that Defendant only seek the production of Plaintiff's w-2s, 1099s, and other documents, excluding tax returns, which show Plaintiff's compensation from subsequent employers.

**SIGNED** on December 19, 2025.

Respectfully submitted,

**CHAVEZ LAW FIRM**
2101 N. Stanton Street
El Paso, Texas 79902
915/351-7772, fax 915/351-7773

By:__/s/Michael M. Osterberg_____

Michael M. Osterberg, TX State Bar No. 24108991
mikeosterberg@chavezlawpc.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

On December 19, 2025, a copy of the foregoing document was served on all counsel of record via the court's e-filing system.

__/s/ Michael M. Osterberg___
Michael M. Osterberg

# EXHIBIT A

## Re: RE: RE: RE: RE: R26 report draft - Navarro v Texas

| | |
|---|---|
| From | 'mikeosterberg@chavezlawpc.com' <MikeOsterberg@chavezlawpc.com> |
| To | Drew Harris<Drew.Harris@oag.texas.gov> |
| CC | 'mikeosterberg@chavezlawpc.com'<MikeOsterberg@chavezlawpc.com>, Jennifer Holt<Jennifer.Holt@oag.texas.gov>, Joseph Keeney<Joseph.Keeney@oag.texas.gov>, Thomas Ray<Thomas.Ray@oag.texas.gov> |
| Date | Thursday, December 11th, 2025 at 2:41 PM |

Good afternoon Drew,

The entire purpose of our phone call, as demonstrated from the many emails we sent attempting to schedule it – as well as the draft report we sent you before and after the call - was for a Rule 26 conference. That conference did in fact occur, despite your unwillingness.

As I stated in the call, while I understand your position, the case is simply not stayed at this time. There is simply no barrier to proceeding with litigation, and no reason to ignore the rules that require us to file a R26 report and proposed scheduling order.

I am happy to file a report with your collaboration – in fact the local rules require you to participate in the drafting of the report.

Please let me know by close of business Friday Dec. 12 whether you will be doing your part that is required by the local rules by returning to me a R26 draft and proposed scheduling order with your positions included.

If I don't receive that from you, we will file it without your input, noting your refusal to do that which is required by the rules.

Thanks, Mike

Respectfully yours,

Michael M. Osterberg
Associate Attorney
Chavez Law Firm
2101 N. Stanton, El Paso, Texas 79902
915 351 7772 Telephone
mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this

message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.


Sent from Proton Mail for iOS.


-------- Original Message --------
On Thursday, 12/11/25 at 14:13 Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> Hi Mike,
>
>
> Please do not characterize our short call as a Rule 26(f) conference. On the call I simply reiterated HHSC's position that discovery is premature when a motion to stay discovery is pending. Agreeing to a Rule 26(f) conference and report would effectively moot our motion to stay. HHSC will participate in a Rule 26(f) conference after receiving guidance from the Court on our motion. In the meantime, to avoid mooting our motion to stay, HHSC must object to discovery as premature.
>
>
> Regards,
>
>
> **Drew L. Harris**
> Special Counsel for Employment Law
> Office of the Attorney General | General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> 737-224-3791 (direct)
>
>
>
> **From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
> **Sent:** Wednesday, December 10, 2025 3:41 PM
> **To:** Drew Harris <Drew.Harris@oag.texas.gov>
> **Cc:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>; Joseph Keeney <Joseph.Keeney@oag.texas.gov>; Thomas Ray <Thomas.Ray@oag.texas.gov>; 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>
> **Subject:** Re: RE: RE: RE: R26 report draft - Navarro v Texas
>
>
> Good afternoon,

I am writing to check in on the status of your contributions to the Rule 26 report that is due to the court.

Per Local Rule CV-16(c), "not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court in the form described in subdivision (a). The parties first shall confer as required by Rule 26."

Defendant first appeared in this case on July 9, 2025, making the proposed scheduling order and report due Sept 7, 2025. We are now over 3 months late with that report. Now that we have had our conference, on Dec. 5, we need to file the proposed scheduling order and report.

Please provide us with your input on the proposed scheduling order at your earliest convenience. Thanks, Mike

Respectfully yours,

Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.

Sent with Proton Mail secure email.

On Friday, December 5th, 2025 at 9:52 AM, Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com> wrote:

> Drew,
>
> Thanks for speaking with me today. Attached is an updated version of the Rule 26 report with suggested due dates for the scheduling order. Please let me know if you agree to the dates, or suggest your own, and add in your pieces to the R26 report. Thanks, Mike
>
> Respectfully yours,
>
> Michael M. Osterberg
>
> Associate Attorney
>
> Chavez Law Firm
>
> 2101 N. Stanton, El Paso, Texas 79902
>
> 915 351 7772 Telephone
>
> mikeosterberg@chavezlawpc.com
>
> Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.
>
> Sent with Proton Mail secure email.
>
> On Wednesday, December 3rd, 2025 at 9:52 AM, Enrique Chavez, Jr. at Chavez Law Firm <EnriqueChavezJr@chavezlawpc.com> wrote:
>
> > Sure, works for me. Talk to you then. Mike
> >
> > Respectfully yours,

Enrique Chavez, Jr.

Chavez Law Firm

2101 N. Stanton

El Paso, Texas 79902

915-351-7772 Telephone


www.ChavezLawFirm.LAW


Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.


Sent from Proton Mail for iOS.


-------- Original Message --------
On Wednesday, 12/03/25 at 09:11 Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> How about Friday, Dec. 5, at 10:30 am CST?
>
>
> ---
>
> **From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
> **Sent:** Tuesday, December 2, 2025 10:44 AM
> **To:** Drew Harris <Drew.Harris@oag.texas.gov>
> **Cc:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>; Joseph Keeney <Joseph.Keeney@oag.texas.gov>; 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>; Thomas Ray <Thomas.Ray@oag.texas.gov>
> **Subject:** RE: RE: RE: R26 report draft - Navarro v Texas
>
>
> Good morning,

Please provide some dates and times 12/3 - 12/5 in which you are available to confer. Thanks, Mike

Respectfully yours,

Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.

Sent with Proton Mail secure email.

On Monday, November 24th, 2025 at 10:36 AM, Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> I'm still affected by COVID. How about after Thanksgiving?
>
> ---
>
> **From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
> **Sent:** Monday, November 24, 2025 10:50 AM
> **To:** Drew Harris <Drew.Harris@oag.texas.gov>
> **Cc:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>; Joseph Keeney
> <Joseph.Keeney@oag.texas.gov>; 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>;

Thomas Ray <Thomas.Ray@oag.texas.gov>

**Subject:** Re: RE: RE: R26 report draft - Navarro v Texas

Good morning,

Are you available today or tomorrow morning to confer? Thanks, Mike

Respectfully yours,

Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Thursday, 11/20/25 at 10:27 Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com> wrote:

> Good morning Drew,
>
> Hope you feel better soon. Please provide the earliest dates in which you are available to confer. Thanks, Mike

Respectfully yours,


Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com


Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.


Sent with Proton Mail secure email.


On Wednesday, November 19th, 2025 at 1:14 PM, Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> Hi Mike,
>
>
> Unfortunately I have tested positive for COVID and will be out this week. Let's perhaps try to reconnect after next week.
>
>
> -Drew

---

**From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
**Sent:** Friday, November 14, 2025 4:42 PM
**To:** Drew Harris <Drew.Harris@oag.texas.gov>
**Cc:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>; Joseph Keeney

<Joseph.Keeney@oag.texas.gov>; 'Enrique Chavez Jr'
<enriquechavezjr@chavezlawpc.com>
**Subject:** Re: RE: RE: R26 report draft - Navarro v Texas


Works for me. Talk to you then. Thanks, Mike

Respectfully yours,


Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com


Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.


Sent from Proton Mail for iOS.


-------- Original Message --------
On Friday, 11/14/25 at 15:35 Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> That time might be problematic. How about Thursday at 2:00 pm CST?



**From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
**Sent:** Friday, November 14, 2025 2:44 PM

**To:** Drew Harris <Drew.Harris@oag.texas.gov>
**Cc:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>; Joseph Keeney <Joseph.Keeney@oag.texas.gov>; 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>
**Subject:** Re: RE: R26 report draft - Navarro v Texas

Good afternoon,

Does Thursday Nov 20 at 10am MT work for you? Thanks, Mike

Respectfully yours,

Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Friday, 11/14/25 at 13:05 Drew Harris <Drew.Harris@oag.texas.gov> wrote:

> Hi Michael,

As you may know, Joseph Keeney is out of the office now on paternity leave. I'm going to assist with this while he is out. Is there a time late next week that works well for a call?

Regards,

**Drew L. Harris**
Special Counsel for Employment Law
Office of the Attorney General | General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
737-224-3791 (direct)

---

**From:** Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
**Sent:** Monday, November 10, 2025 4:31 PM
**To:** Jennifer Holt <Jennifer.Holt@oag.texas.gov>
**Cc:** Joseph Keeney <Joseph.Keeney@oag.texas.gov>; 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>
**Subject:** Fw: R26 report draft - Navarro v Texas

Good afternoon,

I am forwarding this email to you per Mr. Keeney's out of office reply. Please let us know when we can expect a conference on this matter. Thanks, Mike

Respectfully yours,

Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com


Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.


Sent with Proton Mail secure email.


------- Forwarded Message -------
From: Mike Osterberg at Chavez Law Firm <MikeOsterberg@chavezlawpc.com>
Date: On Monday, November 10th, 2025 at 3:24 PM
Subject: R26 report draft - Navarro v Texas
To: Joseph Keeney <Joseph.Keeney@oag.texas.gov>, 'Enrique Chavez Jr' <enriquechavezjr@chavezlawpc.com>

Good afternoon,


Attached please find our draft of the Rule 26 report in this case. Please add your parts and let us know when you are available for a Rule 26 conference. Thanks, Mike


Respectfully yours,


Michael M. Osterberg

Associate Attorney

Chavez Law Firm

2101 N. Stanton, El Paso, Texas 79902

915 351 7772 Telephone

mikeosterberg@chavezlawpc.com

Confidentiality Notice: The information contained in this email/facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this message – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy this message along with its contents, and delete from your system.

Sent with Proton Mail secure email.